**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No.: 1:08-CR-020-SPM

GEORGE CLAY REEVES,

    Defendant.

_____/

**ORDER**

    PURSUANT TO the Report and Recommendation (doc. 36) of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the defendant, **GEORGE CLAY REEVES**, to Counts One and Two of the superceding indictment is hereby ACCEPTED.  All parties shall appear before this Court for sentencing as directed.

    **DONE AND ORDERED** this twenty-seventh day of August, 2008.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge