# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

**v.**  Case No. **1:08cr20-MW/GRJ**

**GEORGE CLAY REEVES,**

    **Defendant/Petitioner.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 71. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's Second Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 66, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk must close the file.

**SO ORDERED on January 11, 2018.**

                                                 **s/Mark E. Walker** \_\_\_\_
                                                 **United States District Judge**